## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

SUSAN THOMAS,

                    Plaintiff,        Case No.: 3:25-CV-01292-SVN

v.

CONNEX CREDIT UNION, INC.

                    Defendant.

## UNOPPOSED JOINT MOTION TO STAY CASE PENDING MEDIATION

Plaintiff SUSAN THOMAS ("Plaintiff") and CONNEX CREDIT UNION, INC. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move this Court for a stay of this case pending mediation. In support thereof, the Parties state as follows:

1. On August 13, 2025, Plaintiff filed a Class Action Complaint against Defendant arising out of a data security incident Defendant sustained. ECF No. 1.

2. Following motion practice, on September 26, 2025, the Court Ordered that eight actions be consolidated into this lead case. ECF No. 23.

3. On January 7, 2026, Plaintiffs filed their Consolidated Amended Complaint. ECF No. 55.

4. Defendant moved to dismiss the Consolidated Amended Complaint on May 6, 2026. ECF No. 62.

5. From the onset of this action, the Parties have discussed the prospect of early resolution.

6.    After the Parties evaluated their respective claims and defenses, the Parties have now determined that moving beyond mere settlement talks and into a formal mediation would be a productive means of resolving this dispute.

7.    Accordingly, by mutual agreement, the Parties have scheduled a mediation for September 8, 2026 before Bruce Friedman of JAMS.

8.    In advance of the mediation, the Parties have and continue to exchange information relating to the claims and defenses at issue, sufficient to permit a meaningful and productive mediation focused on case resolution rather than mere exploration.

9.    In light of the scheduled mediation, proceeding with further litigation during this period would result in the unnecessary expenditure of time and resources by both Parties and the Court should the matter be resolved. Proceeding simultaneously on parallel litigation and mediation tracks would undermine efficiencies mediation is designed to promote and could require work that is ultimately rendered unnecessary or substantially altered by the mediation's outcome. Instead of fulsome and expedited discovery, the Parties can streamline informal discovery tailored at resolving this action consistent with Federal Rule of Civil Procedure 1.

10.    As a result, the Parties jointly request a stay of this case pending mediation to allow for good-faith mediation efforts without expending unnecessary resources of litigation-focused activities.

11.    Good cause exists for the requested stay. The Parties are actively pursuing resolution of this matter by committing to participate in a mediation before a mutually agreed-upon mediator on September 8, 2026, and with the intent to pursue resolution in good faith. A stay will allow the Parties to focus their efforts on mediation without the distraction and expense of ongoing litigation, while preserving the Court's resources.

12.     Nothing in this Motion, the Parties' mediation efforts, or the requested stay shall be construed as an admission by Defendant, a waiver of any claims, defenses, arguments, or objections, or a waiver of Defendant's pending motion to dismiss.

13.     Neither Party will suffer any prejudice as a result of the requested stay.

14.     Granting this stay will promote judicial economy for the Court and the Parties consistent with Federal Rule of Civil Procedure 1.

15.     The Parties propose filing a joint status report within seven (7) days following the mediation advising the Court whether the case has been resolved, or whether further proceedings, including setting a Scheduling Conference, are necessary.

WHEREFORE, the Parties respectfully request that this Court enter an Order staying all proceedings and deadlines pending completion of the September 8, 2026 mediation, and granting such further relief as the Court deems just and proper.

Dated: July 1, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Leanna Loginov* | */s/ Jane Torcia* |
| Leanna Loginov | Jane Torcia |
| **SHAMIS & GENTILE, P.A.** | **GORDON REES SCULLY** |
| 14 NE 1st Avenue, Suite 705 | **MANSUKHANKI, LLP** |
| Miami, FL 33132 | One Battery Park Plaza, Floor 28 |
| Telephone: (305) 479-2299 | New York, New York 10004 |
| lloginov@shamisgentile.com | jtorcia@grsm.com |

*Lead Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

I, Leanna A. Loginov, hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 1st day of July, 2026.

By:    */s/ Leanna Loginov*